```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:09-cr-0485 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| KENNETH FRANKLIN BEALS, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Kenneth Franklin Beals, through his counsel, Robert Holley, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for March 3, 2011, at 10:00 a.m.:

1. Government's response shall be filed no later than March 18, 2011;

2. Defendant's reply, if any, shall be filed no later than March 29, 2011; and

3. A status hearing on the motion to be set for March 31, 2011, at 10:00 a.m.  At this hearing, the parties will either have the case resolved and use this hearing for

1

    entry of plea, or to request the Court to set an evidentiary hearing date.

 Time is needed for the government to make available law enforcement witnesses to the defense for a possible interview relating to the motion to suppress evidence.  Furthermore, counsel for the government and counsel for the defendant are in negotiations in an attempt to resolve the case.  If the parties cannot resolve the case, counsel for the government needs additional time to research and prepare its response.  Defense counsel then needs additional time to respond to the government's opposition.  Accordingly, the parties stipulate to the revised law and motion schedule and request that time be excluded pursuant to Local Code E and T-4.

           Respectfully submitted,

           BENJAMIN B. WAGNER
           United States Attorney

DATED: February 17, 2011  By: /s/ William S. Wong
            WILLIAM S. WONG
            Assistant U.S. Attorney

DATED: February 17, 2011  By: /s/ Robert Holley
            ROBERT HOLLEY
            Attorney for Defendant

---

## **ORDER**

 For the reasons set forth above, the revised law and motion schedule is adopted.  Because the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C.

///

///

1  § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to
2  March 31, 2011.
3
4  DATED:   February 25, 2011.

                                                    UNITED STATES DISTRICT JUDGE