```
1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-485 KJM |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S REQUEST FOR ADDITIONAL TIME TO FILE ITS |
| v. | ) ) | RESPONSE AND ORDER |
| KENNETH BEALS, | ) ) | Date: March 31, 2011 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Ctrm: Hon. Kimberly J. Mueller |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Kenneth Franklin Beals, through his counsel, Robert Holley, Esq., hereby submits this request for additional time to file its response.

The Court previously set March 18, 2011 for the government to file its opposition to the defendant's motion to suppress evidence. Counsel for the government needs additional time to March 21, 2011 to file its response due to oral surgery which resulted in counsel having to take time off from work from March 8 through 11 and for a few hours

1

on March 15, 2011.  Counsel for defendant Kenneth Beals was consulted and has advised that he has no objection to the government filing its opposition on March 21, 2011.  The government is not seeking to change any other dates that have been previously set by this Court.  The next Court date is scheduled for March 31, 2011, at 10:00 a.m. for status/oral argument regarding the defendant's motion to suppress evidence.  Evidentiary hearing in this matter has not been set, but is expected to be scheduled at the next hearing.

                            Respectfully submitted,

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: March 18, 2011        By:  /s/ William S. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney

## ORDER

For the foregoing reasons, the government's opposition to the defendant's motion to suppress evidence is extended to March 21, 2011.

DATED: March 21, 2011.

_____
UNITED STATES DISTRICT JUDGE