BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:09-cr-0485 KJM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S REQUEST TO FILE |
| | ) | EXHIBITS TO ITS OPPOSITION TO |
| v. | ) | DEFENDANT'S MOTION TO SUPPRESS |
| | ) | EVIDENCE UNDER SEAL; AND |
| KENNETH FRANKLIN BEALS, | ) | PROPOSED ORDER |
| | ) | |
| Defendant. | ) | DATE: March 31, 2011 |
| | ) | TIME: 10:00 a.m. |
| _____ | ) | CRTRM: Hon. Kimberly J. Mueller |

The United States of America, by and through its attorneys of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, submits this request to the Court to allow the government to file its Exhibits to the Government's Opposition to Defendant's Motion To Suppress Evidence under seal.  The exhibits contain privacy information that should not be made public.  The government

///
///
///
///

1

1  also requests that it be allowed to provide a copy of the sealed
2  exhibits on counsel for the defendant.
3  DATED: March 25, 2011                    Respectfully submitted,
4                                           BENJAMIN B. WAGNER
                                            United States Attorney
5
6
                                   By:  /s/ WILLIAM S. WONG
7                                       WILLIAM S. WONG
                                        Assistant U.S. Attorney
8
9
10                                ORDER
11     The government's request to file, under seal, exhibits to its
12  opposition to the motion to suppress is GRANTED in part and DENIED
13  in part.  As to pages 30 through 54, the Government's request to
14  seal is GRANTED.  As to pages 26 through 29, the Government shall
15  file a redacted version as required by Local Rule 140.  The
16  government shall provide a copy of the sealed exhibit and the
17  unredacted exhibit to counsel for the defendant.
18     SO ORDERED.
19  DATED: March 25, 2011.
20
                                        _____
21                                      UNITED STATES DISTRICT JUDGE