Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for KENNETH FRANKLIN BEALS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0485 KJM |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING NON-EVIDENTIARY HEARING ON |
| v. ) | DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATUS CONFERENCE |
| KENNETH FRANKLIN BEALS, ) ) Defendant. ) | |
| _____ ) | |

**DECLARATION OF COUNSEL**

I, ROBERT M. HOLLEY, am counsel of record for Mr. Beals. The underlying facts which form the basis for the Motion to Suppress which is presently scheduled for a non-evidentiary hearing on Thursday, March 31, 2011 at 10:00 a.m. have been recently supplemented by the government as evidenced by the Government Response to the Suppression Motion and supplemental evidentiary filings. Counsel for the defense needs additional time within which to digest this new information, and conduct independent investigation and legal research on the appropriate way to proceed with Mr. Beals' defense. Accordingly the defense is requesting, and it is stipulated herein below that the matter be taken

1 off of the March 31st calendar and that the matter be reset for a non-
2 evidentiary hearing and status conference for Thursday, May 12, 2011 at
3 10:00 a.m.
4     I declare under penalty of perjury that the foregoing is true
5 and correct.  Signed at Sacramento, California on March 29, 2011.

7                               */s/ Robert M. Holley*
8                               Robert M. Holley
                                Counsel for Mr. Beals

10                              **STIPULATION**
11    For the reasons set forth above, it is hereby stipulated by and
12 between the parties hereto, through their respective counsel, that the
13 non-evidentiary hearing and status conference presently scheduled for
14 Thursday, March 31, 2011 at 10:00 a.m. be continued to Thursday, May
15 12, 2011 at 10:00 a.m.
16    The parties further stipulate that all time included in this
17 continuance be excluded under the Speedy Trial Act, pursuant to 18
18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through
19 Thursday, May 12, 2011 at 10:00 a.m. on the ground that a motion is
20 pending before the Court, the case is unusual and complex within the
21 meaning of the Speedy Trial Act, and for defense preparation and
22 gathering of materials which may affect a possible plea negotiation in
23 *////*
24 *////*
25 *////*
26 *////*
27 *////*
28 *////*

2

1 light of the information described above, all pursuant to 18 U.S.C.
2 Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

4     Dated: March 29, 2011

6                              /s/ *Mr. William Wong, Esq.* (by RMH)
7                              Assistant United States Attorney
                               Counsel the United States

9                              /s/ *Mr. Robert M. Holley, Esq.*
10                             MR. ROBERT M. HOLLEY, Esq.
                               Counsel for Mr. Beals

**ORDER**

14     GOOD CAUSE APPEARING, the non-evidentiary motion hearing set for
15 March 31, 2011 is VACATED and RESET for May 12, 2011 at 10:00 AM and
16 time is excluded under the Federal Speedy Trial Act under 18 U.S.C.
17 Section 3161(h)(7)(B)(ii) and (iv)(Local Codes T2 and T4) pursuant to
18 the parties' stipulation. Time is also excluded under the Federal
19 Speedy Trial Act under 18 U.S.C. 3161(h)(1)(D) (Local Code E) pursuant
20 to the pending motion to suppress.
21 DATED:  March 30, 2011.

                                   UNITED STATES DISTRICT JUDGE

3