```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4
    Counsel for KENNETH FRANKLIN BEALS
 5
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,       ) 2:09-cr-00485-KJM
12                                  )
                Plaintiff,          ) AMENDED STIPULATION AND ORDER
13                                  ) CONTINUING NON-EVIDENTIARY
        v.                          ) HEARING ON DEFENDANT'S MOTION TO
14                                  ) SUPPRESS EVIDENCE AND STATUS
    KENNETH FRANKLIN BEALS,         ) CONFERENCE
15                                  )
                Defendant.          )
16  _____)
17
18                       **DECLARATION OF COUNSEL**
19        I, ROBERT M. HOLLEY, am counsel of record for Mr. Beals.  The
20  Government's Response to the defendant's Motion to Suppress has changed
21  the issues in this matter and counsel for the defense intends to file a
22  motion to disclose the informant in connection with a motion to dismiss
23  for outrageous government conduct, which shall be filed subsequent to
24  final disposition of the disclosure motion. Counsel for the defense
25  needs additional time for investigation and filing.  It is therefore
26  stipulated that the non-evidentiary hearing on defendant's motion to
27  suppress of the May 12, 2011 at 10:00 a.m. be vacated and that the
28  matter be reset for **June 9, 2011 at 10:00 a.m.** for non-evidentiary
```

hearing and status.

  **I declare under penalty of perjury that the foregoing is true and correct.  Signed at Sacramento, California on May 3, 2011.**

        */s/ Robert M. Holley*
        _____
        **Robert M. Holley**
        **Counsel for Mr. Beals**

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto, through their respective counsel, that the non-evidentiary hearing and status conference presently scheduled for Thursday, May 12, 2011 at 10:00 a.m. be continued to **Thursday, June 9, 2011 at 10:00 a.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through Thursday, June 9, 2011 at 10:00 a.m. on the ground that a motion is pending before the Court, the case is unusual and complex within the meaning of the Speedy Trial Act, and for defense preparation of pretrial motions as set forth above.

////
////
////
////
////
////
////
////

light of the information described above, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: May 3, 2011**

/s/ *Mr. William Wong, Esq.* **(by RMH)**
_____
**Assistant United States Attorney
Counsel the United States**

/s/ *Mr. Robert M. Holley, Esq.*
_____
**MR. ROBERT M. HOLLEY, Esq.
Counsel for Mr. Beals**

## ORDER

**GOOD CAUSE APPEARING,** the above calendaring change with respect to the non-evidentiary hearing and further status conference as set forth above, with the stipulated exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

**Dated:** May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

3