```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4
    Counsel for KENNETH FRANKLIN BEALS
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | 2:09-cr-00485 KJM |
|                              ) | |
|            Plaintiff,        ) | STIPULATION AND ORDER SETTING |
|                              ) | BRIEFING SCHEDULE; SETTING NON- |
|      v.                      ) | EVIDENTIARY HEARING ON INFORMANT |
|                              ) | MOTION; CONTINUING STATUS |
| KENNETH FRANKLIN BEALS,      ) | CONFERENCE |
|                              ) | |
|            Defendant.        ) | |
| _____) | |

**DECLARATION OF COUNSEL**

I, ROBERT M. HOLLEY, am counsel of record for Mr. Beals. This case is presently scheduled for Thursday, June 9, 2011 at 10:00 a.m. for a non-evidentiary hearing on the defendant's Motion to Suppress Evidence.  The Government's Response to said Motion to Suppress has changed the issues in this matter and, in response thereto, on June 6, 2011 the defense filed two new motions as follows: Motion to Disclose Identity of Confidential Informant and Motion to Dismiss for Outrageous Government Conduct.  Because of the nature of these new motions, the Informant Motion, by necessity, must be litigated prior to the Motion to Dismiss.  Whatever viable litigation

is left under the Motion to Suppress is hereby stipulated herein below to trail the litigation on these two new motions.

The stipulated schedule below is formulated to take into account the availability of all counsel and the Court with sufficient time for the government preparation of their response to these new motions and the defense response thereto, if found to be appropriate.

**I declare under penalty of perjury that the foregoing is true and correct.  Signed at Sacramento, California on June 7, 2011**

*/s/ Robert M. Holley*

**Robert M. Holley**
**Counsel for Mr. Beals**

### STIPULATION

For the reasons set forth above, it is hereby stipulated by and between the parties hereto, through their respective counsel as follows:

1. The non-evidentiary hearing on the necessity of taking evidence on the defendant's Motion to Suppress presently scheduled for June 9, 2011 may be hereby vacated without appearance.

2. That the Government's Response to both the to Defendant's Motion to Disclose the Identity of the Informant and to the Defendant's Motion to Dismiss for Outrageous Government Conduct be filed on or before July 22, 2011.

3. That the Defendant's Closing Points and Authorities on each of those two motions be filed on or before August 4, 2011.

4. That a non-evidentiary hearing on the Defendant's Motion to Discovery the Identity of the Informant, and status of this matter with

reference to all pending motions be set on the Court's regular Law and Motion Calendar for **Thursday, August 11, 2011 at 10:00 a.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through Thursday, August 11, 2011 at 10:00 a.m. on the ground that motions are pending before the Court, the case is unusual and complex within the meaning of the Speedy Trial Act, and to allow the parties sufficient time necessary for the preparation of the moving documents and for preparation for hearings thereon.

**Dated:   June 7, 2011**

/s/ *Mr. William Wong, Esq.* **(by RMH)**
_____
**Assistant United States Attorney**
**Counsel the United States**

/s/ *Mr. Robert M. Holley, Esq.*
_____
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Beals**

### ORDER

**GOOD CAUSE APPEARING**, the above calendaring change, motion schedule, and status conference as set forth and stipulated above, with the stipulated exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**   Time is also excluded under 18 U.S.C. Section 3161(h)(1)(D) (Local Code E).   The Court finds that the ends of justice served by taking such action, outweigh the best interest of the public and the defendant in a speedy trial.

Dated:   June 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

3