IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:09-cr-00485 KJM |
| Plaintiff, | ) ) | **O R D E R<br>APPOINTING COUNSEL** |
| vs. | ) ) | |
| KENNETH FRANKLIN BEALS, | ) ) | |
| Defendant. | ) ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 3583(e)(3)

CJA Panel attorney Robert Holley is hereby appointed effective March 13, 2015, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  March 20, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
beals0485.appoint.ord

ORDER APPOINTING COUNSEL            1